JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AIMEE ALLISON,<br><br>    Plaintiff,<br><br>    v.<br><br>TERRI J. VAUGHN, TYLER VISION LLC, NETFLIX, INC., NINA HOLIDAY ENTERTAINMENT, INC. and DOES 1-25,<br><br>    Defendants. | **Case No. 2:25-cv-04476-RGK-JPR**<br><br>Hon. Judge R. Gary Klausner<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL WITH PREJUDICE [FRCP 41]**<br><br> **[61]** |

[~~PROPOSED~~] ORDER RE STIPULATION FOR DISMISSAL

# [PROPOSED] ORDER OF DISMISSAL

Pursuant to the stipulation of the parties, by and through their counsel of record, under Federal Rules of Civil Procedure 41(a)(1)(ii) it is hereby ORDERED that this action is dismissed in its entirety with prejudice, with each party bearing their own attorneys' fees and costs.

All pending hearings and deadlines are vacated. The Clerk shall close this case.

Dated: _____**February 19**___, 2026

_Gary Klausner_

_____

Hon. Judge R. Gary Klausner
**U.S. District Judge**

1

[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL